Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

Western District of PA

_____ Division

Corey 2 Harris Sr
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Julian Ann Williams, et al
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 1:23-cv-303
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

**RECEIVED**

OCT 3 0 2023

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Corey L Harris Sr
Address: 965 East 31st Street
City: Erie    State: PA    Zip Code: 16504
County: Erie County
Telephone Number: 814-464-6757
E-Mail Address: Corey1293@Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Julia Ann Williams et, al "Dom"
Job or Title (if known): Education (PhD) T/AA Stock holder
Address: 965 East 31 St    East 56th St
City: Erie    State: PA    Zip Code: 16504-16503
County: Erie County PA
Telephone Number: 814-431-3751
E-Mail Address (if known): Williams@duq.edu
☒ Individual capacity    ☐ Official capacity

Defendant No. 2
Name: Honorable Deep State "Dom" Marshall J Piccinini, Court of Common Pleas et/a
Job or Title (if known): Erie County Court Judge family Court et, al
Address: Deep State Court Judges' Court Room 219    140 W 6th
City: Erie County    State: PA    Zip Code: 16501    Erie PA 16501
County: Erie
Telephone Number: CA 814-464-6757    814-451-6295
E-Mail Address (if known): CA Gee
☐ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: Honorable John J Trucilla
Job or Title (if known): Judge Deep State Dom
Address: 140 West Sixth Street
City: Erie    State: PA    Zip Code: 16504
County: Erie County PA
Telephone Number: 814-451-6295
E-Mail Address (if known): n/a

☐ Individual capacity  ☒ Official capacity

814-870-1125
City of Erie Police Dept, 626 State Street, Erie PA 16507

Defendant No. 4
Name: Deep State Court of Common Pleas et,a
Job or Title (if known): Erie County, PA
Address: 140 West 6th Street
City: Erie    State: PA    Zip Code: 16504
County: Erie County, PA
Telephone Number: 814-451-6295
E-Mail Address (if known): N/A

☐ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

all of the Defendants Conduct Complained they Julia Ann Williams, Judges of Deep State Court of Common Pleas an hae Wilfully Committed by Acting under Color of State Law and these conduct deprived the Plaintiff of a Constitutional right.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 1st Amendment Violation, failure to Act deprived my Corey Harris of his 1st Amendment Right under the State Constitution "Religious Freedom" Violation

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Seeking liability for violating other federal laws Defendants et,al by violating of 1st Amendment, 4th Amendment, 5th, 14th

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? 965 East 31st Erie PA 16504
Erie Police Report Oct,9 23-46717
Oct 7,23 -46485
Date of events oct 23,2023 Arrest on Apprehension of Corey Harris

B. What date and approximate time did the events giving rise to your claim(s) occur? Oct 23, 2023 about 3:13pm - 4pm thereof Erie County City of Erie Ploice Broke Down my Home Door at 965 East 31st st Responsing to a Court Indirect Contempt on matter outside of the Cort useing PFA as a Civil divorce degree.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Court of Common Pleas are Using Title 23 Domestic abuse Pursuant to the Protection From Abuse Act (23 Pa. C.S." In a Conspiracy to Jail Plaintiff, to Interfere In Corey Harris Section 3502 Title 23 Equitable division of marital Property, In Violation fo Civil Rights 1st, 14, 5th, 4th Amnd

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The Defendants et al Deprived Plaintiff Corey L Harris of the 1st Amendment Right to practice his or her own Religion or no religion at All. Religious Freedom was Violated by the Defendants by Requesting his Arrest and being Put in Jail at Erie County Prison for 2 days. on a Deep State Court Judges using False facts of Protection orders PA Crime Victims in Violation of U.S. Constitution Under Color of State Law. 1st, 4th, 5th, 14th an was Violation of Federal Law.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Stop Violating my Civil Rights under Const

To reinstate my Personal belongings as my house keys, Diamond rings, wifes engagement ring and wedding rings are missing from Erie Police Arresting on 10/23/2023 at 965 East 31st Street Erie PA, 16504. The Violation of the Conflict of Interest governance under Rules 18 U.S.C. § 208, under 5 C.F.R. § 2635.402. and Return my house keys, where the City Police of Erie PA takes my Personal Property give the Personal Property to Julius Williams, her Sister

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/30/2023

Signature of Plaintiff: *Corey L. Harris*

Printed Name of Plaintiff: Corey L. Harris

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

| City | State | Zip Code |

Telephone Number: _____
E-mail Address: _____