IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COREY L. HARRIS, SR.,**<br>Plaintiff,<br><br>v.<br><br>**JULIA ANN WILLIAMS, et al.,**<br>Defendants. | )<br>)<br>) **C.A. No. 23-303 Erie**<br>)<br>)<br>) **District Judge Susan Paradise Baxter**<br>) **Chief Magistrate Judge Richard Lanzillo**<br>) |

## MEMORANDUM ORDER

This is a *pro se* civil rights action filed by Plaintiff Corey L. Harris, Sr., pursuant to 42 U.S.C. § 1983, against Defendants Julia Ann Williams, Marshall J. Piccinini, the Honorable John J. Trucilla, the City of Erie Police Dept., and the "Deep State Court of Common Pleas." This matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On March 8, 2024, Plaintiff filed a motion for temporary restraining order against Attorney Nicole Sloane and the Erie County Court of Common Pleas "for misrepresentation and for ineffective assistance of counsel." [ECF No. 11]. As relief, Plaintiff requests that Attorney Sloane be withdrawn as his attorney of record because "petition is herein pro se." (Id.).

On March 15, 2024, Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Plaintiff's motion for temporary restraining order be denied as "facially frivolous." In particular, Judge Lanzillo noted that the motion seeks relief against Attorney Sloane, who is not a party to this case, and fails to demonstrate either a likelihood of success on the merits or irreparable harm [ECF No. 12]. Timely Objections to the R&R were filed by

Plaintiff on April 1, 2024 [ECF No. 22]; however, the objections fail to raise any grounds to overcome the deficiencies recognized by the Chief Magistrate Judge.

Thus, after *de novo* review of Plaintiff's motion and other documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 18th day of April, 2024;

IT IS HEREBY ORDERED that Plaintiff's motion for temporary restraining order [ECF No. 11] is DENIED. The report and recommendation of Chief Magistrate Judge Lanzillo, issued March 15, 2024 [ECF No. 12], is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge

cc:   The Honorable Richard A. Lanzillo
      Chief United States Magistrate Judge